UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

DYLAN KAPIT,

               Plaintiff,

    - against -

BARNARD COLLEGE,

              Defendant.

25-cv-3046 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **August 15, 2025.** If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for August 5, 2025, is canceled.

**SO ORDERED.**

Dated:    New York, New York
            July 15, 2025

                                          John G. Koeltl
                                   United States District Judge