```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
DYLAN KAPIT,
                    Plaintiff,           25-cv-3046 (JGK)

        - against -                      ORDER

BARNARD COLLEGE,
                    Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The Court has received the attached email from the plaintiff. The parties should file a 26(f) report by **October 15, 2025.**

SO ORDERED.
Dated:   New York, New York
         August 14, 2025

                              /s/ John G. Koeltl
                              _____
                                   **John G. Koeltl
                              United States District Judge**

 Outlook

**Service Cured?**

| | |
|---|---|
| **From** | Des Salomone <des@rivalaw.us> |
| **Date** | Wed 8/13/2025 11:41 AM |
| **To** | Koeltl NYSD Chambers <KoeltlNYSDChambers@nysd.uscourts.gov> |
| **Cc** | Gross, Barbara <bgross@littler.com>; Maytal, Anat <AMaytal@littler.com> |

**CAUTION - EXTERNAL:**

Greetings:

I represent Plaintiff, Dylan Kapit, in 1:25-cv-03046, *Kapit v. Barnard*. The clerk has directed me to reach out to this email.

An Order (D.E. 7) was issued in this matter directing Plaintiff to serve summons and complaint by 8/15/25 (after having already filed but not served).

Waiver of service of summons was filed by Defendant on 7/31/25 (D.E. 9). D.E. 9 note states Defendant's answer is due 9/29/25.

Thus, Plaintiff seeks clarification whether any further action by Plaintiff is needed to comprt with D.E. 7.

Many thanks,

Des

Des R. Z. Salomone
Riva Law PLLC
Founding Attorney
845.481.3424
[www.rivalaw.us](www.rivalaw.us)

**This email may contain privileged or confidential information. If you received this communication in error and/or suspect you are not the intended recipient, please close it, delete it, and notify the sender.**

**In an effort to dismantle urgency culture and promote worker autonomy, your email will be answered in the order its receiver determines both responsible and humane.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.