UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DYLAN KAPIT,

              Plaintiff,

- against -

BARNARD COLLEGE,

              Defendant.

25-cv-3046 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the plaintiff may file an amended complaint by **November 24, 2025**. The defendant may answer or move to dismiss the amended complaint by **December 23, 2025**. The plaintiff may respond to any motion by **January 23, 2026**, and the defendant may reply by **February 13, 2026**.

    If the defendant answers the amended complaint, the parties are directed to submit a Rule 26(f) report by **January 23, 2026**.

SO ORDERED.

Dated:    New York, New York
            October 27, 2025

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge